UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST MONTGOMERY (#315014)**              CIVIL ACTION

**VERSUS**

**ASST. WARDEN F. BOUTEE, ET AL.**            NO. 07-0094-D-M3

### O R D E R

This matter comes before the Court on the plaintiff's Motion for an Order Compelling Discovery, rec.doc.no. 144, wherein he complains of the failure of defendant Frederick Bouttee to provide a copy of the EHCC transport logbook for the date of July 7, 2006. Considering, however, that the defendant has responded to the plaintiff's discovery with the assertion that the referenced logbook "could not be located", and considering that the Court cannot order the defendant to produce that which has been lost or no longer exists, the Court will deny the plaintiff's motion.[1] Accordingly,

**IT IS ORDERED** that the plaintiff's Motion for an Order Compelling Discovery, rec.doc.no. 144, be and it is hereby **DENIED.**

Signed in Baton Rouge, Louisiana, on June 17, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] The Court further notes that the plaintiff's Certificate of Service does not reflect that a copy of his motion was served upon the defendant's attorney of record and does not contain certification that the plaintiff has conferred with counsel for the defendant in an attempt to resolve the discovery dispute. See Fed.R.Civ.P. 37(a)(1).