UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST MONTGOMERY (#315014)**                     CIVIL ACTION

**VERSUS**

**ASST. WARDEN F. BOUTEE, ET AL.**                  NO. 07-0094-JJB-DLD

## O R D E R

This matter comes before the Court on the plaintiff's Motion ... to Take Action to Move Case, rec.doc.no. 145, wherein he seeks to learn of the status of this proceeding and seeks to ensure that appropriate action is being taken herein.  A review of the Court's Docket Sheet reflects that a Motion for Summary Judgment filed by defendant Frederick Bouttee is currently pending and shall be resolved by the Court in due course.   Accordingly,

**IT IS ORDERED** that the plaintiff's Motion... to Take Action to Move Case, rec.doc.no. 145, be and it is hereby **DENIED.**

Signed in Baton Rouge, Louisiana, on June 17, 2009.

**MAGISTRATE JUDGE DOCIA L. DALBY**