UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST MONTGOMERY (#315014)

VERSUS

F. BOUTEE, ET AL.

CIVIL ACTION

NO. 07-094-BAJ-DLD

## RULING

In consideration of the foregoing Joint Motion to Continue Pretrial Conference Pending Settlement Negotiations (doc. 170):

The motion is **GRANTED**, and it is hereby ordered that the pretrial conference currently scheduled for September 16, 2010, is hereby continued in order to allow time for the parties to complete the settlement agreement. Accordingly, the pretrial conference is hereby rescheduled for *Tuesday, October 12, 2010 at 2:00 p.m.*

Baton Rouge, Louisiana, September 14, 2009.

---

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA